COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| CARLOS VIGIL, | § | |
| | | No. 08-09-00177-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 171st District Court |
| THE STATE OF TEXAS, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 20070D05405) |
| | § | |

## **MEMORANDUM OPINION**

Appellant, Carlos Vigil, was convicted of indecency with a child and sentenced to three years' incarceration, probated for three years. We previously detailed the procedural posture of this case following Appellant's sentencing in our opinion on counsel's motion to withdraw, and concluded that Appellant no longer desires to prosecute his appeal as he has failed to communicate with counsel or this Court. *See Vigil v. State*, No. 08-09-00177-CR, 2010 WL 4657315, at *1-2 (Tex. App. – El Paso Nov. 17, 2010, no pet.) (op. on motion, not designated for publication). Nonetheless, we set the appeal to be submitted on the record alone. *Id*. at *3. We have now reviewed the clerk's record and the reporter's record in their entirety and have found no fundamental error. *See Alakhras v. State*, 73 S.W.3d 434, 436 (Tex. App. – Houston [1st Dist.] 2002, no pet.); *Ashcraft v. State*, 802 S.W.2d 905, 906 (Tex. App. – Fort Worth 1991, no pet.); *Allen v. State*, 730 S.W.2d 374, 375-76 (Tex. App. – Dallas 1987, no pet.); *Meza v. State*, 742 S.W.2d 708, 708-09 (Tex. App. – Corpus Christi 1987, no pet.). Accordingly, we affirm the trial court's judgment.

_____
GUADALUPE RIVERA, Justice

March 9, 2011

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)